O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8605 AHM (CWx) | Date | January 22, 2009 |
|---|---|---|---|
| Title | OSCAR VILLALOBOS v. BRAND ENERGY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On January 7, 2009, this Court ordered Defendants BP West Coast Products LLC and Brand Energy Services of California, Inc. to show cause why this action should not be remanded back to state court for lack of diversity jurisdiction.  Defendants have responded in writing, but have failed to establish this court's jurisdiction.  Defendant BP West Coast Products LLC states that it stipulates to remand of the action, and Brand Energy Services of California, Inc. states that it cannot and therefore does not object to remand.  The Court therefore REMANDS this case back to the Superior Court of California, County of Los Angeles.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |

**Make JS-6**